IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JESSIE FULKS,                    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )
                                 )     1:24-cv-995
FRANK BISIGNANO,[1]              )
Commissioner of                  )
Social Security,                 )
                                 )
          Defendant.             )
```

**ORDER**

This matter is before the court for review of the Recommendation ("Recommendation") filed on May 28, 2025, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 12.) In the Recommendation, the Magistrate Judge concludes that Plaintiff's objections to the denial of the Commissioner's final decision warrants no relief. Accordingly, the Magistrate Judge finds no basis for remand. The Recommendation was served on the parties to this action on May 28, 2025. (Doc. 13.) Plaintiff filed timely objections, (Doc. 14), to the Recommendation. Defendant responded and Plaintiff has replied. (Docs. 15, 16.)

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in his objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 12), is **ADOPTED. IT IS FURTHER ORDERED** that the Commissioner's decision denying disability is **AFFIRMED,** and this action is hereby **DISMISSED.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 15th day of July, 2025.

/s/ William L. Osteen, Jr.
United States District Judge